SEGLIN CONSTRUCTION CO., INC., Appellant, v. COLUMBIA CASUALTY COMPANY, Respondent, and ISIDOR COHEN, Defendant.— Motion for reargument denied. The decision of this court [239 App. Div. 803] did not indicate that the rights of the surety company, if any, in its status as surety, were no different from those inhering in it in its status as assignee. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

TRIANGLE MINT CORPORATION, Appellant, v. THOMAS O'CONNELL, as Property Clerk of the Police Department of the City of New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

ARTHUR C. VEATCH, Appellant, v. HEWLETT R. SMITH, JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, and Others, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

FRANK ARICO, as Administrator, etc., of RALPH ARICO, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order reversed on the law and a new trial granted, costs to abide the event. The admission of the evidence of the six and one-half year old boy, Rinaldi, without his being required to take the oath as a witness, constituted prejudicial error. (*Gehl* v. *Bachmann-Bechtel Brewing Co.*, 156 App. Div. 51.) There was no other evidence to support the plaintiff's theory of how the accident happened. Even if there were, we could not say that the jury were uninfluenced by the incompetent testimony. It is difficult to discover any theory upon which the plaintiff may recover, but as further proof may be produced on another trial, in reversing the judgment and order we grant a new trial. Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ., concur.

ATLANTIC & PACIFIC PACKING COMPANY, INC., Respondent, v. CONTINENTAL SMOKED FISH CORPORATION, Appellant.— Order denying motion for discovery and inspection reversed on the law and the facts, with ten dollars costs and disbursements to appellant, and motion granted to the extent of directing that the plaintiff be examined through its president, at which examination such books and papers as may be necessary may be subpoenaed. The examination, to which plaintiff offered to submit in the first instance, will give defendant all the information it requires. The examination will proceed on three days' notice and may be terminated on motion if defendant unreasonably delays the examination. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

JOHN CARLEY, Respondent, v. CIRCUIT SERVICE STATION, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.

EXCELSIOR SAVINGS BANK, Respondent, v. ELDAM REALTY CORPORATION, Appellant, and Others, Defendants.— Order granting motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.